IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LISA LUCAS,

       Plaintiff,

vs.                                     CASE NO. 5:09cv384/RS-MD

SMITH DEAN & ASSOCIATES, INC.,

       Defendant.
_____/

## ORDER

Before me is the Stipulation Of Dismissal With Prejudice (Doc. 20).

**IT IS ORDERED:**

1.    This case is dismissed with prejudice.

2.    The clerk is directed to close the file.

**ORDERED** on June 21, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**